UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| GARY DIAZ, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-01681-LRH-GWF |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| DEBT RECOVERY SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The Court has considered the Order of United States Magistrate Judge George W. Foley (#2) entered on October 27, 2011, in which the Magistrate Judge denied Plaintiff's Application to Proceed *in Forma Pauperis* (#1). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636(b)(1)(A) and Local Rule 1B 3-1(a) of the Rules of Practice of the United States District Court for the District of Nevada.

It appearing to the Court that the Magistrate's Order is neither erroneous nor contrary to law, and good cause appearing, the Court determines that the Magistrate's Order (#2) entered on October 27, 2011 is AFFIRMED, and

///

///

///

1    IT IS ORDERED that Plaintiff's Application to Proceed *in Forma Pauperis* (#1) is DENIED.
2  Plaintiff shall submit to the clerk's office the $350.00 fee for filing a civil action on or before
3  January 18, 2012, or the above-captioned case shall be dismissed.
4    IT IS SO ORDERED.

6    DATED this 27th day of December, 2011.

          _____
          LARRY R. HICKS
          UNITED STATES DISTRICT JUDGE