UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GARY DIAZ, | ) | 2:11-cv-01681-LRH-GWF |
| | ) | |
| Plaintiff, | ) | MINUTE ORDER |
| | ) | |
| vs. | ) | January 24, 2012 |
| | ) | |
| DEBT RECOVERY SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  NONE APPEARING          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

MINUTE ORDER IN CHAMBERS:


　　　Plaintiff has not responded to this Court's Order (#3) advising that the action would be dismissed for failure to submit to the clerk's office, on or before January 18, 2012, the $350.00 fee for filing a civil action.

　　　IT THEREFORE IS ORDERED that Plaintiff's complaint is hereby DISMISSED without prejudice for failure to comply with the Court's Order (#3).  The Clerk of Court shall enter final judgment accordingly.

　　　IT IS SO ORDERED.


LANCE S. WILSON, CLERK

By:  _____/s/_____
　　　　　　　　Deputy Clerk